UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>   Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | 1:17-cv-01369-DAD-MJS (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS** |

Plaintiff is a former county inmate who has filed this civil rights action pursuant to 42 U.S.C. § 1983. While plaintiff filed an application to proceed in forma pauperis by a prisoner, it appears he was released before his application could be ruled on. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: February 1, 2018         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1