UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:17-cv-01369-DAD-JDP<br><br>ORDER ON PLAINTIFF'S PUBLIC RECORDS ACT REQUEST<br><br>ECF No. 15 |

Plaintiff Jeremy Michael Gardner, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed a document titled, "Public Records Act Request." ECF No. 15. Plaintiff does not request for documents or any record, despite the document's caption. He instead asks two questions. A judge has a duty to explain the law, *see Kelly v. South Carolina*, 534 U.S. 246, 256 (2002), although he may not give legal advice, *Pliler v. Ford*, 542 U.S. 225, 231 (2004). Plaintiff asks for the legal authority that supports this court's actions, so we construe plaintiff's motion as a motion for clarification and provide answers below.

Plaintiff asks for "Rule of the Court / Code for Order of Reassignment" pertaining to the order regarding reassignment of the case. *Id*. We take plaintiff to mean that he wishes to know the authority supporting the reassignment. "[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice." *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013); *see also* 28 U.S.C. §§ 137, 636. Appendix A(f) of Local Rules of the

1

United States District Court, Eastern District of California, governs reassignment of cases in this district.

Plaintiff next asks:

> The second piece of information I must acquire is a quick explanation as to my location your District Court amongst the "Circuits" of U.S. Federal Courts provided in the Nexis Lexis Law Library System furnished me by the Department of Corrections. What number is it I need to know?

ECF No. 15 at 1. For a civil rights action such as this one, the answer is the United States Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 41.

**Order**

Plaintiff's "Public Records Act Request," ECF No. 15, is granted in part. The clerk of court is directed to send a copy of this order to plaintiff.

IT IS SO ORDERED.

Dated: ___January 4, 2019___  _____
UNITED STATES MAGISTRATE JUDGE