UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRAZIER, *et al.*,<br><br>　　　　Defendants. | No. 1: 17-cv-01369-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIM AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITH LEAVE TO AMEND<br><br>(Doc. No. 22) |

Plaintiff Jeremy Michael Gardner is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2019, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations, recommending that plaintiff be allowed to proceed on an excessive force claim against defendant Deputy P. Boles. (Doc. No. 22.) The magistrate judge recommended that the remainder of plaintiff's claims be dismissed with leave to amend. (*Id*. at 12.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no

/////

1

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 8, 2019 (Doc. No. 22) are adopted in full;
2. This action shall proceed on plaintiff's excessive force claim against defendant Deputy P. Boles;
3. All other claims are dismissed with leave to amend; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **May 13, 2019**

UNITED STATES DISTRICT JUDGE