UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>P. BOLES, *Custodial Officer at Stanislaus County Mens Jail*,<br><br>Defendant. | Case No. 1:17-cv-01369-DAD-HBK<br><br>ORDER DENYING AS MOOT PLAINTIFF'S CONSTRUED MOTION TO COMPEL<br><br>(Doc. No. 37) |

This matter is before the Court upon initial review of the case, which recently was reassigned to the undersigned on November 17, 2020. (Doc. No. 42). Plaintiff Jeremy Michael Gardner, a state prisoner who is proceeding *pro se* on his civil rights complaint (Doc. No.1), filed a pleading titled "Request for Court's Assistance and Relief in Resolution to a Discovery Dispute" on May 21, 2020. (Doc. No. 37, motion). Gardner's pleading details how he sent a "motion" to defendant seeking "relevant" discovery but has not received the requested discovery. *(Id.* at 1-2). The court construes the motion as a motion to compel discovery. Defendant initially filed an opposition to Gardner's motion on May 28, 2020. (Doc. No. 38). On June 2, 2020, Defendant filed a further response explaining they did not possess the discovery and forwarded Gardner's request to the Stanislaus County Sherriff's Department to produce the requested discovery. (Doc. 39). Defendant state the Stanislaus County Sherriff's Department has provided all responsive non-

privileged discovery and inventoried the produced documents. (*Id*.). As of the date of this Order, Plaintiff has not filed any reply disputing that he has received the requested discovery.

Based on Defendant's representations and the lack of further filings from Gardner, the Court concludes the discovery dispute has been resolved. Consequently, the court finds the motion is moot. The Court will deny Gardner's motion *without prejudice* to allow Gardner to refile a motion if the dispute remains ongoing.

Accordingly, it is now **ORDERED**:

Plaintiff's motion (Doc. No. 37), construed as a motion to compel discovery, is **DENIED without prejudice as moot**.

IT IS SO ORDERED.

Dated: February 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE