1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEREMY MICHAEL GARDNER,              No.  1:17-cv-01369-DAD-HBK (PC)

12              Plaintiff,

13        v.                               ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
14    P. BOLES, *Custodial Officer at Stanislaus
      County Mens Jail*,                   (Doc. No. 46)

15

16              Defendant.

17

18          Plaintiff Jeremy Michael Gardner is a state prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred

20    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On May 13, 2021, the assigned magistrate judge issued findings and recommendations,

22    recommending that this action be dismissed, without prejudice, because of plaintiff's failure to

23    prosecute this case and failure to keep the court apprised of his correct address in compliance

24    with Local Rule 183(b).  (Doc. No. 46.)

25          The findings and recommendations were served on plaintiff at his address of record and

26    contained notice that any objections thereto were to be filed within fourteen (14) days from the

27    date of service.  (*Id.*)  To date no objections to the findings and recommendations have been filed

28    with the court, and the time in which to do so has now passed.

                                              1

1        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2   *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings

3   and recommendations to be supported by the record and by proper analysis.

4        Accordingly,

5       1.    The findings and recommendations issued on May 13, 2021 (Doc. No. 46) are

6            adopted;

7       2.    This action is dismissed without prejudice, due to plaintiff's failure to prosecute

8            this action and failure to keep the court apprised of his current address; and

9       3.    The Clerk of the Court is directed to close this case.

10  IT IS SO ORDERED.

11      Dated:   **June 9, 2021**

12                                   UNITED STATES DISTRICT JUDGE